IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0632

IN THE MATTER OF

C.R.F. and M.D.F.,

Youths in Need of Care

## ORDER GRANTING MOTION TO CONSOLIDATE

Upon consideration of Appellant Mother K.J.F.'s, Motion to Consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. 21-0632 and 21-0633 are hereby consolidated under Cause No. DA 21-0632 and henceforth captioned In the Matter of C.R.F. and M.D.F.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
January 27 2022